# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **In re: TA-VON BECKER,** | Case No.: 20-33765-KLP |
| **Debtor.** | Chapter 13 |

**ZACHARY BECKER,**

                  **Movant,**

v.

**TA-VON BECKER,**
 and
**SUZANNE E. WADE, Chapter 13 Trustee**

                  **Respondents.**

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**COMES NOW** Zachary Becker ("**Mr. Becker**"), by counsel, spouse of Ta-Von Becker (the "**Debtor**"), pursuant to Bankruptcy Code § 362(b)(2) & (d)(1) and Federal Rules of Bankruptcy Procedure 9014 and 4001 and files this motion for relief from the automatic stay (the "**Motion**") to allow Mr. Becker to continue a state court proceeding. In support of this Motion, Mr. Becker states as follow:

### Jurisdiction and Venue

1. This matter is a core proceeding pursuant to 28 U.S.C. § 157, and the Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.

Eric C. Howlett, VSB No. 82237
Klementina V. Pavlova, VSB No. 92942
SANDS ANDERSON PC
P.O. Box 1998
Richmond, Virginia 23218-1998
Telephone: (804) 648.1636
Facsimile: (804) 783-7291
Email: ehowlett@sandsanderson.com
      kpavlova@sandsanderson.com
*Counsel for Zachary Becker*

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

3. On September 9, 2020, the Debtor filed a voluntary petition seeking relief under Chapter 13 of the Bankruptcy Code. Property settlement obligations encompassed by section 523(a)(15), which are nondischargeable under chapters 7 and 11, are dischargeable under Chapter 13. *See* 11 U.S.C. §§ 523(a)(15), & 1328(a).

4. Suzanne E. Wade was appointed Chapter 13 Trustee and continues to serve in that capacity.

5. Debtor was legally married at the time this case was filed. However, the marriage is unsupportable, and the parties have irreconcilable differences; therefore, Mr. Becker has filed, an action to dissolve the marriage in state court. On November 4, 2020, Mr. Becker filed a Complaint in the Circuit Court of the County of Chesterfield seeking divorce from the Debtor. *Becker v. Becker*, CL20-3412 (Va. Cir. Ct.) (the "**Divorce Proceedings**").

6. The Divorce Proceedings involve the dissolution of the marriage of Mr. Becker and the Debtor, division of property and debts, and determination of support.

## Relief Requested

7. Mr. Becker requests that the Automatic Stay pursuant to 11 U.S.C. § 362 be modified for cause under 11 U.S.C. § 362(d)(1) to allow Mr. Becker to proceed with the Divorce Proceedings and allow the state court to enter any orders, judgments or decrees necessary or proper to that end, including the dissolution of the marriage, division of property and debts, and determination of support, if appropriate, between the Debtor and Mr. Becker.

## Applicable Law

8.  Bankruptcy Code § 362(b)(2)(iv) excepts from the automatic stay certain acts for dissolution of the marriage, except to the extent that such proceeding seeks to determine the division of property that is property of the estate.

9.  To the extent not excepted from the automatic stay, Bankruptcy Code § 362(d)(1) permits a court to grant relief for cause.

10. Bankruptcy Code § 362(d)(1) provides:

> (d) On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay—
>
> (1) for cause, including the lack of adequate protection of an interest in property of such party in interest;

11 U.S.C. § 362(d)(1).

11. The *Bankruptcy Code* does not define "cause." Accordingly, the determination of what constitutes "cause" to modify the automatic stay must be made on a case-by-case basis. *In re Robbins,* 964 F.2d 342, 345 (4th Cir. 1992). The legislative history of § 362 explains that "cause may be established by a *single factor* such as 'a desire to permit an action to proceed...in another tribunal.'"H.R. Rep. 95-595, 95th Cong., 1st Sess., 343-344 (1977) (emphasis added).

12. Neither the Debtor's estate, nor any other party in interest, will be prejudiced or harmed by a modification of the stay imposed by § 362 of the Bankruptcy Code to allow Mr. Becker to proceed with the Divorce Proceedings.

13. In addition, the Trustee has consented to the relief requested.

14. Mr. Becker respectfully requests that the Court treat this motion as written memorandum of points and authorities or waive any requirement that this motion be accompanied by a written memorandum as described in Rule 9013-1(G) of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Eastern District of Virginia.

**WHEREFORE**, Mr. Becker requests that this Court enter an Order granting him relief from the automatic stay to proceed with the prosecution of an action in State Court to exercise all permissible rights and remedies for dissolution of the marriage, division of property and debts, and determination of support, as appropriate. Mr. Becker further requests that the fourteen (14) day stay imposed pursuant to the provisions of Bankruptcy Rule 4001(a)(3) be waived, and for such other and further relief as the Court deems just and proper.

Respectfully submitted, this 14th day of June, 2021.

**ZACHARY BECKER**

 */s/ Klementina V. Pavlova*
Eric C. Howlett, VSB No. 82237
Klementina V. Pavlova, VSB No. 92942
**SANDS ANDERSON PC**
P.O. Box 1998
Richmond, Virginia 23218-1998
Telephone: (804) 648.1636
Facsimile: (804) 783-7291
Email: ehowlett@sandsanderson.com
         kpavlova@sandsanderson.com
*Counsel for Zachary Becker*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this 14th day of June, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

   James H. Wilson, Jr., Esquire
   Email:  jameswilson29@gmail.com
    *Counsel for the Debtor*

   Suzanne E. Wade, Trustee
   Email:  trustee@ch13ricva.com
    *Chapter 13 Trustee*

   Elizabeth Cabell Brogan, Esquire
   Email: e.brogan@ch13ricva.com
    *Counsel to the Chapter 13 Trustee*

And I hereby certify that I have mailed the document by U.S. mail to all parties on the attached list.

            */s/ Klementina V. Pavlova*

4848-1994-3144

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Brock & Scott, PLLC
1315 Westbrook Plaza Dr
Winston Salem, NC 27103-1357

(p)CREDIT ADJUSTMENT BOARD INC
8002 DISCOVERY DRIVE
SUITE 311
RICHMOND VA 23229-8601

Capital One Auto Finance
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance, a division of
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Chesterfield Imaging Center
PO Box 13343
Richmond, VA 23225-0343

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

EMERGENCY COVERAGE CORP
PO Box 1123
Minneapolis, MN 55440-1123

Feb Destiny/gf
Po Box 4499
Beaverton, OR 97076-4499

First National Bank
4140 E. State St.
Hermitage, PA 16148-3401

First National Bank of PA
Tucker Arensberg PC
1500 One PPG Place
Pittsburgh, PA 15222-5413

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LabCorp
PO Box 2240
Burlington, NC 27216-2240

Quantum3 Group LLC as agent for
Cognical Holdings Inc.
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Genesis FS Card Services Inc
PO Box 788
Kirkland, WA  98083-0788

Scolopax, LLC
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

SunTrust Mortgage
PO Box 27767
Richmond, VA 23261-7767

US Attorney
919 E Main St, Ste 1900
Richmond, VA 23219-4622

USDOE/GLELSI
Attn: Bankruptcy
Po Box 7860
Madison, WI 53707-7860

United Consumers Inc
Attn: Bankruptcy Dept
Po Box 4466
Woodbridge, VA 22194-4466

Us Dept Of Ed/glelsi
Attn: Bankruptcy
Po Box 7860
Madison, WI 53707-7860

Zachary Becker
1616 Birchview Ct.
Henrico, VA 23228-1540

James H. Wilson Jr.
4860 Cox Road, Suite 200
Glen Allen, VA 23060-9248

John P. Fitzgerald, III
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 23219-1849

Suzanne E. Wade
341 Dial 877-996-8484 Code 2385911
7202 Glen Forest Drive, Ste. 202
Richmond, VA 23226-3770

Ta-Von Becker
5818 Heather Crossing Drive
Chesterfield, VA 23832-8493